## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

### CASE NO.:  1:21-cv-02860

MINDEN PICTURES, INC.,

        Plaintiff,

v.

DENVER CHINESE SOURCE and ADAM
YOU,

        Defendants.

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MINDEN PICTURES, INC. by and through its undersigned counsel, brings this Complaint against Defendants DENVER CHINESE SOURCE and ADAM YOU for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff MINDEN PICTURES, INC. ("MPI") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute MPI's original copyrighted Work of authorship.

2.    Minden Pictures, Inc. is recognized as the premier provider of rights managed wildlife and nature stock photos and feature stories. MPI's collection covers key aspects of natural history, ecology, biodiversity, and endangered species from all continents including many remote and isolated regions. MPI also features images of human interaction with the natural world highlighting natural science research, conservation, environmental issues, indigenous peoples, and eco travel.

### SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

3.     Defendant DENVER CHINESE SOURCE ("DCS") is a communication platform and news source agency.  At all times relevant herein, DCS owned and operated the internet website located at the URL https://www.denverchinesesource.com (the "Website").

4.     Defendant ADAM YOU ("You") is the registrant of the Website.

5.     Defendants DCS and You are collectively referred to herein as "Defendants."

6.     MPI alleges that Defendants copied MPI's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9.     Defendants are subject to personal jurisdiction in Colorado.

10.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11.     Denver Chinese Source is a Colorado Limited Liability Company, with its principal place of business at 5756 South Macon Street, Englewood, Colorado, 80111, and can be served by serving its Registered Agent, Be My Guest, LLC, at the same address.

12.      Adam You is an individual residing in Arapahoe county, state of Colorado and can be served at 5756 South Macon Street, Englewood, Colorado, 80111.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

## **THE COPYRIGHTED WORK AT ISSUE**

13.     In 2009, MPI created the photograph entitled "00438916", which is shown below and referred to herein as the "Work".



14.     MPI registered the Work with the Register of Copyrights on February 13, 2017 and was assigned the registration number VA 2-053-683. The Certificate of Registration is attached hereto as Exhibit 1.

15.     At all relevant times MPI was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

16.     Defendants have never been licensed to use the Work at issue in this action for any purpose.

17.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

18.     On or about January 30, 2020, MPI discovered the unauthorized use of its Work on the Website.

19.     Defendants copied MPI's copyrighted Work without MPI's permission.

20.     After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their news and communication network.

21.     Defendants copied and distributed MPI's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

22.     MPI's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

23.     Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

24.     MPI never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

25.     MPI notified Defendants of the allegations set forth herein on August 3, 2020 and August 31, 2020. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

26.     MPI incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27.     MPI owns a valid copyright in the Work at issue in this case.

28.     MPI registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29.     Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without MPI's authorization in violation of 17 U.S.C. § 501.

30.     Defendants performed the acts alleged in the course and scope of its business activities.

31.     Defendants' acts were willful.

32.     MPI has been damaged.

33.     The harm caused to MPI has been irreparable.

WHEREFORE, the Plaintiff Minden Pictures, Inc. prays for judgment against the Defendants Denver Chinese Source and Adam You that:

a.     Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d.      Plaintiff be awarded pre and post-judgment interest; and

e.      Plaintiff be awarded such other and further relief as the Court deems just

and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated:  October 22, 2021                          Respectfully submitted,


                                        */s/ Jonah A. Grossbardt*
                                        JOEL B. ROTHMAN
                                        joel.rothman@sriplaw.com

                                        **SRIPLAW**
                                        21310 Powerline Road
                                        Suite 100
                                        Boca Raton, FL  33433
                                        561.404.4350 – Telephone
                                        561.404.4353 – Facsimile

                                        JONAH A. GROSSBARDT
                                        jonah.grossbardt@sriplaw.com
                                        MATTHEW L. ROLLIN
                                        matthew.rollin@sriplaw.com

                                        **SRIPLAW**
                                        8730 Wilshire Boulevard
                                        Suite 350
                                        Beverly Hills, CA  90211
                                        323.364.6565 – Telephone
                                        561.404.4353 – Facsimile

                                        and

                                        WILLIAM S. WENZEL
                                        info@redroadlegal.com

                                        **RED ROAD LEGAL, PC**
                                        7650 East Kenyon Avenue
                                        Denver, CO  80237
                                        888.443.5485 – Telephone

                                        *Counsel for Plaintiff Minden Pictures, Inc.*

6